# IN THE MISSOURI COURT OF APPEALS
## JANUARY 28, 2014
## WESTERN DISTRICT


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b) AND ISSUED PER CURIAM**

-------------------------------------------------------------------------------------------------------

| | |
|---|---|
| WD75764 | Stacy Holmquest vs. State of Missouri |
| WD75860 | Christopher R. Ellis vs. State of Missouri |
| WD76194 | Leola McGhee Crockett vs. Division of Employment Security |
| WD76211 | Julie A. Loveall vs. John Correa |
| WD76224 | Allstate Insurance Company vs. Rondi S. Miller |
| WD76532 | Arlando Naylor vs. Missouri Department of Corrections |


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b) AND ISSUED PER CURIAM**

-------------------------------------------------------------------------------------------------------

| | |
|---|---|
| WD74199 | State of Missouri vs. Steven Robert Stansberry |
| WD75351 | State of Missouri vs. Michael Henry Hudson |
| WD75604 | State of Missouri vs. Aaron John Hansberry |
| WD75925 | State of Missouri vs. Gerald A. Green |
| WD76039 | State of Missouri vs. Andre M. Broadus |